IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | West, Robert J | Case Number: 05 B 08196 |
|---|---|---|
| | West, Jacqueline M | Judge: Hollis, Pamela S |
| | Printed: 12/02/08 | Filed: 3/8/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 20, 2008
Confirmed: June 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 37,480.00 |  |
| Secured: |  | 33,913.18 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 1,866.82 |
| Other Funds: |  | 0.00 |
| Totals: | 37,480.00 | 37,480.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Veronica D Joyner | Administrative | 1,700.00 | 1,700.00 |
| 2. | National City Bank | Secured | 0.00 | 0.00 |
| 3. | Mid America Federal Savings Bank | Secured | 0.00 | 0.00 |
| 4. | Nicor Gas | Secured | 0.00 | 0.00 |
| 5. | Mid America Federal Savings Bank | Secured | 57,378.35 | 32,702.11 |
| 6. | National City Bank | Secured | 2,201.51 | 1,211.07 |
| 7. | Joel Zimmerman | Unsecured | 497.89 | 0.00 |
| 8. | Nicor Gas | Unsecured | 33.95 | 0.00 |
| 9. | Toyota Motor Credit Corporatio | Unsecured | 973.94 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 218.91 | 0.00 |
| 11. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 12. | Alan M Depcik | Unsecured |  | No Claim Filed |
| 13. | Toyota Financial/Lexus Fin Sers | Unsecured |  | No Claim Filed |
|  |  |  | $ 63,004.55 | $ 35,613.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 126.61 |
| 5.5% | 438.90 |
| 5% | 61.99 |
| 4.8% | 685.44 |
| 5.4% | 395.28 |
| 6.5% | 158.60 |
|  | $ 1,866.82 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  West, Robert J<br>West, Jacqueline M<br>Printed: 12/02/08 | Case Number:  05 B 08196<br>Judge:  Hollis, Pamela S<br>Filed:  3/8/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

